# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

TONYA D. CLINTON

    Plaintiff,

    v.                               CIVIL NO: 3:07-CV-116

WAL-MART STORES, INC.,
d/b/a SAM'S CLUB

and

NCO FINANCIAL SYSTEMS, INC.,

    Defendants.

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of David Israel, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented parties.

ENTER: 11-8-2007

_____
United States District Judge