U.S. DISTRICT COURT
FILED AT WHEELING, WV

NOV 1 4 2007

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

TONYA D. CLINTON

    Plaintiff,

v.                          Case No.: 3:07-CV-00116-JPB-JES

WAL-MART STORES, INC.
D/B/A SAM'S CLUB,

and

NCO FINANCIAL SYSTEMS, INC.

    Defendants.

_____/

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Kenneth C. Grace, Esq., it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented parties.

ENTERED: _11-14-2007_

_____
United States District Judge